UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>NANCY E. MARCHAND,<br><br>Respondent. | M.B.D. No. 13mc93021-MAP |

## MOTION FOR AN ORDER TO SHOW CAUSE

The United States of America, on behalf of its agency, the Internal Revenue Service ("IRS"), and by its attorney, Carmen M. Ortiz, United States Attorney for the District of Massachusetts, moves the court to order the respondent to show cause why the IRS summons that is the subject of the government's Petition to Enforce Internal Revenue Summons ("Petition"), should not be granted. A proposed order is attached.

As grounds for this motion, the government states, as alleged in more detail in the Petition, that on May 31, 2013, the IRS served a summons on the respondent requiring her to produce and give testimony relating to) documents and financial records for the period January 1, 2013 to April 30, 2013. The respondent has failed and refuses to comply with the Summons.

*ALLOWED. See order.*
*Michael A. Ponsor USDJ*
*10·28·13*